UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Farm Bureau Mutual Insurance Company | Civil No. 05-1233 (RHK/JJG) |
| Plaintiff, | **ORDER** |
| v. | |
| David Wilcox | |
| Defendant. | |

_____

Upon the Stipulation submitted by all counsel of record, **IT IS ORDERED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 2, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge